UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


LARRY TYRONE WATKINS            )
                                )
vs.                             )   Civil Case No. 3:12-0984
                                )   Judge Trauger/Knowles
TERRY KINNAMAN                  )

ORDER SETTING CASE FOR TRIAL

1.   <u>Trial setting</u>: This case is set for jury trial on
     Tuesday, **January 28, 2014, at 9:00 a.m.** in courtroom
     873 of the United States Courthouse, 801 Broadway,
     Nashville, Tennessee.

2.   <u>Pretrial Conference setting</u>: A pretrial conference
     shall be held before Magistrate Judge Knowles in
     courtroom 661 of the United States Courthouse, 801
     Broadway, Nashville, Tennessee, on **January 24, 2014, at
     10:00 a.m.**  Lead counsel for each party must attend the
     pretrial conference.  If lead counsel is not from
     Tennessee, local counsel must also attend.

3.   <u>Information exchanged but not filed</u>: By **January 10
     2014**,the parties shall exchange copies of exhibits and
     make available for examination by any opposing party
     the original of all exhibits.  By this same date, the
     parties shall exchange designations of portions of
     depositions which are to be read into evidence during
     the case in chief.  The parties should attempt to agree
     on additions to the designations necessary to put
     responses into context.

4.   <u>Filing required prior to pretrial conference</u>: The
     following shall be filed by **January 20, 2014.**

     a.   witness lists;

     b.   exhibit lists (Plaintiff's exhibits shall be
          premarked as "P-1, P-2" etc.; Defendant's exhibits
          shall be premarked as "D-1, D-2" etc.  The
          authenticity of exhibits should be stipulated to
          if at all possible.  Failure to include an exhibit
          on this exhibit list will result in its not being
          admitted into evidence at trial, except upon a
          showing of good cause.);

c.   stipulations; and

d.   expert witness statements as described in Local
     Rule 39.01(c)(6)c.[1]

5.   <u>Motions in limine</u>: Motions in limine shall be filed by
     **January 10, 2014.**  Responses shall be filed by **January
     20, 2014.**

6.   <u>Pretrial Order</u>: By **January 20, 2014,** the parties shall
     file a joint proposed Pretrial Order which shall
     contain the following:

     a.   a recitation that the pleadings are amended to
          conform to the Pretrial Order and that the
          Pretrial Order supplants the pleadings;

     b.   the jurisdictional basis for the action and
          whether jurisdiction is disputed;

     c.   a short summary of each party's theory (prepared
          by the party);

     d.   a listing of the contested issues of law, with a
          designation of whether the issue is for the jury
          or the judge; and

     e.   a listing of known evidentiary disputes, including
          those involving deposition designations.

7.   <u>Duration of trial</u>:  The trial of this case is expected
     to last 2 days.

8.   <u>Jury costs</u>: If the case settles closer to trial than
     two business days, the cost of summoning the jury may
     be assessed against the parties.

It is so **ORDERED.**

_____
E. Clifton Knowles
United States Magistrate Judge

_____

[1] Judge Trauger requires the filing of medical expert (as
opposed to treating physician) statements as well.  The exclusion
for medical expert statements in the referenced Local Rule does
not apply in her court.