UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION


**LARRY TYRONE WATKINS**            )
                                    )
                                    )
vs.                                 )    Civil Case No. 3:12-0984
                                    )    Judge Trauger/Knowles
**TERRY KINNAMAN**                  )

                <u>ORDER SETTING CASE FOR TRIAL</u>

1. <u>Trial setting</u>: This case is set for jury trial on Tuesday, **January 28, 2014, at 9:00 a.m.** in courtroom 873 of the United States Courthouse, 801 Broadway, Nashville, Tennessee.

2. <u>Pretrial Conference setting</u>: A pretrial conference shall be held before Magistrate Judge Knowles in courtroom 661 of the United States Courthouse, 801 Broadway, Nashville, Tennessee, on **January 24, 2014, at 10:00 a.m.** Lead counsel for each party must attend the pretrial conference. If lead counsel is not from Tennessee, local counsel must also attend.

3. <u>Information exchanged but not filed</u>: By **January 10 2014**, the parties shall exchange copies of exhibits and make available for examination by any opposing party the original of all exhibits. By this same date, the parties shall exchange designations of portions of depositions which are to be read into evidence during the case in chief. The parties should attempt to agree on additions to the designations necessary to put responses into context.

4. <u>Filing required prior to pretrial conference</u>: The following shall be filed by **January 20, 2014.**

    a. witness lists;

    b. exhibit lists (Plaintiff's exhibits shall be premarked as "P-1, P-2" etc.; Defendant's exhibits shall be premarked as "D-1, D-2" etc. The authenticity of exhibits should be stipulated to if at all possible. Failure to include an exhibit on this exhibit list will result in its not being admitted into evidence at trial, except upon a showing of good cause.);

c.   stipulations; and

   d.   expert witness statements as described in Local
        Rule 39.01(c)(6)c.[1]

5. Motions in limine: Motions in limine shall be filed by
   **January 10, 2014.** Responses shall be filed by **January
   20, 2014.**

6. Pretrial Order: By **January 20, 2014,** the parties shall
   file a joint proposed Pretrial Order which shall
   contain the following:

   a.   a recitation that the pleadings are amended to
        conform to the Pretrial Order and that the
        Pretrial Order supplants the pleadings;

   b.   the jurisdictional basis for the action and
        whether jurisdiction is disputed;

   c.   a short summary of each party's theory (prepared
        by the party);

   d.   a listing of the contested issues of law, with a
        designation of whether the issue is for the jury
        or the judge; and

   e.   a listing of known evidentiary disputes, including
        those involving deposition designations.

7. Duration of trial: The trial of this case is expected
   to last 2 days.

8. Jury costs: If the case settles closer to trial than
   two business days, the cost of summoning the jury may
   be assessed against the parties.

It is so **ORDERED**.

_____
E. Clifton Knowles
United States Magistrate Judge

---

[1] Judge Trauger requires the filing of medical expert (as opposed to treating physician) statements as well. The exclusion for medical expert statements in the referenced Local Rule does not apply in her court.