IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY TYRONE WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0984 |
| | ) | Judge Trauger |
| TERRY KINNAMAN, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 5, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 39), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by the only remaining defendant in this case, Terry Kinnaman, (Docket No. 31) is **GRANTED**, and this case is **DISMISSED** in its entirety **WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 25th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge